UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR11-290-JLR |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| ROBERT JENSEN, ) | |
| ) | |
| Defendant. ) | |

Offense charged:    Conspiracy to Possess Cocaine with Intent to Distribute; Possession of Cocaine with Intent to Distribute

Date of Detention Hearing:    September 7, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

///

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant is a Canadian citizen. The AUSA proffers evidence that defendant possessed a false drivers license which facilitated illegal border crossings into the United States for purposes of the drug smuggling operation. The AUSA also alleges that defendant attempted to flee from officers at the time of arrest and, when apprehended, he and his co-defendant were found with multiple state identification cards and a quantity of cash. The defendant has no ties to the United States.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the pupose of an appearance in connection

01     with a court proceeding; and

02 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel
03     for the defendant, to the United States Marshal, and to the United State Pretrial Services
04     Officer.

05 DATED this <u>7th</u> day of September, 2011.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge